# ELECTRONIC RECORD



064-15
065-15
066-15
067-15

COA # 01-13-00408-CR     OFFENSE: 42.09 (Cruelty to Animals)

STYLE: Wydell Dixon v. The State of Texas    COUNTY: Galveston

COA DISPOSITION: AFFIRM     TRIAL COURT: 56th District Court

DATE: 12/16/2014     Publish: YES   TC CASE #: 12CR0748

## IN THE COURT OF CRIMINAL APPEALS

064-15
065-15
066-15
067-15

STYLE: Wydell Dixon v. The State of Texas     CCA #: _____

___*APPELLANT'S*___ Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

___*REFUSED*___     JUDGE: _____

DATE: _04/29/2015_     SIGNED: _____    PC: _____

JUDGE: _Per Curiam_     PUBLISH: _____    DNP: _____

----------------------------

___*APPELLANT'S*___ MOTION FOR

REHEARING IN CCA IS: _denied_

JUDGE: PC   June 17, 2015

**ELECTRONIC RECORD**